[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1261.]

**BREIDENBACH, APPELLANT, *v*. CONRAD, ADMR., ET AL., APPELLEES.**

**[Cite as *Breidenbach v. Conrad*, 1998-Ohio-604.]**

*Appeal dismissed as improvidently allowed.*

(No. 97-2609—Submitted March 24, 1998—Decided May 6, 1998.)

APPEAL from the Court of Appeals for Seneca County, No. 13-97-06.

—————————

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Eric S. Bravo*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Reeve W. Kelsey*, Assistant Attorney General, for appellee Administrator, Bureau of Workers' Compensation.

*Thompson Hine & Flory L.L.P.* and *Scott A. Armour*, for appellee American Standard, Inc.

—————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would order briefing of the merits.

—————————